ORIGINAL



Title 4 § 1 Positive Law
Flag of the Republic.

:Fred-Francis: of the Nomen Clan
Frink a Private Citizen of
the union State Pennsylvania by
Nativity Name, Claim and Right a
American National Under Almighty God
and a Sovereign under the common law
of the Commonwealth of Pennsylvania.
Po Box 98 Bellevue Washington
Zip Exempt [CF98009CF].
425-558-4838.
Forced Appearance by threat, duress,
cohesion, by agents of a foreign principal.
Not Pro Se,    Sur Juris

___ FILED       ___ ENTERED
___ LODGED      ___ RECEIVED

OCT 09 2012   JS

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY



12-CR-00262-DSGNTN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,
Foreign corporation, Not a real party
interest.

                Plaintiff in Error.

vs.

FRED F. FRINK
A pseudonym name and foreign citizenship

                Defendant in Error.

Admiralty NO. CR12-00262RSL

JUDICIAL NOTICE
Mandatory Judicial Notice of
Diversity of Citizenship
By Declaration.

FRED F. FRINK Defendant in Error
A pseudonym name and foreign citizenship.
Memorandum incorporated within

Exhibit B proof publication, public notice of
claim to nativity name and nativity right of
nativity union state of Pennsylvania.

Certificate of Service

**JUDICIAL NOTICE**
**Mandatory Judicial Notice of Diversity of Citizenship.**

JUDICIAL NOTICE          1 of 8          Exhibit B Attached.

1) Comes Now, Defendant in Error FRED F. FRINK, By Forced appearance under threat and duress, cohesion, Kidnapped, by agents of a foreign principal files this Judicial Notice by forced restricted appearance under Rule E (8) not submitting to jurisdiction of this court nor giving any consent what so ever and hereby claim my common law rights and Diversity of Citizenship issues before this Article I Section 8 Military Tribunal Court. Pursuant to the First Judiciary Act of September 24, 1789, Chapter 20, page 77 I have nativity rights under the common law to be a Citizen of said law and claim my rights as a common law Sovereign American National. Private Citizenship outside the jurisdiction of the corporate Federalized United States (sic).

2) I :Fred-Francis: of the Nomen Clan Frink declare, I am Private Citizen of the union State Pennsylvania by Nativity claim to Name, outside and private citizen to this courts jurisdiction make claim and right as American National Under Almighty God and a Sovereign under the common law of the Commonwealth of Pennsylvania, declare I am NOT in . . . "THE REGULATED MILITIA" . . . I am not in the army, navy, marines, air force or the national guard!

3) I am NOT in . . . "THE UN-REGULATED MILITIA" . . . either, the constitution clearly says that all males between the ages of 18 and 45 are presumed to be in the "REGULATED" or the "UN-REGULATED MILITIA" and I am in neither I am of the age of 68!

4) I :Fred-Francis: of the Nomen Clan Frink OBJECT TO THIS MILITARY COURT CONDUCTING A GENERAL OR SPECIAL COURTS MARTIAL OR AN

JUDICIAL NOTICE                    2 of 8                    Exhibit B Attached.

INVESTIGATION BECAUSE I AM NOT IN THE MILITIA!

5) The Sixth Amendment to the U.S. Constitution states: "In all criminal prosecutions, the accused shall enjoy the right . . to have the assistance of Counsel for his defense.

6) (As Reference) "Article 1, section 22 of the Washington State Constitution reads in part: "SECTION 22 RIGHTS OF THE ACCUSED. In criminal prosecutions the accused shall have the right to appear and defend in person, or by counsel, to demand the nature and cause of the accusation against him, ."

7) I :Fred-Francis: of the Nomen Clan Frink declare THIS COURT CAN NOT COMPEL ME TO WAIVE ONE CONSTITUTIONAL RIGHT IN ORDER TO EXERT ANOTHER CONSTITUTIONAL RIGHT! – See <u>Simmons et al. v. United States</u>, 390 U.S. 377 (1968).

8) I HAVE THE SIXTH AMENDMENT RIGHT TO THE ASSISTANCE OF COUNSEL! – See <u>Farettta v. California</u>, 422 U.S. 806 (1975). I AM INVOKING First my common law rights of diversity of the union state of Pennsylvania and second ARTICLE 1, SECTION 22 RIGHT TO DEFEND MYSELF UNDER MY STATES CONSTITUTION union state of Pennsylvania & THE SIXTH AMENDMENT COUNSEL OF MY CHOICE WHICH IS ME AND WHOM I MAY APPOINT LATER, I AM NOT WAIVING EITHER RIGHT or any right In Original Estate-Article III; Constitution! **FRED F. FRINK Defendant in Error A pseudonym name and foreign citizenship.**

9) I :Fred-Francis: of the Nomen Clan:Frink Give further Mandatory Judicial Notice to Judge Robert S. Lasnik. That I am not the defendant by that name nor of the citizenship that name is associated with, <u>CAPITIS DIMINUTIO</u>: LOSS OF RIGHTS BY

CAPITALIZATION - SOURCE: BLACK'S LAW DICTIONARY, SECOND EDITION

Your properly spelled English birth name *(upper and lower case)* and citizenship can be changed to a pseudonym name and foreign citizenship, <u>without rights, simply by your signature *(Seal)* on a document.</u>

10) I :Fred-Francis: of the Nomen Clan:Frink declare that any all signatures where obtained without full disclosure to the nature and the cause of this action and are hereby null and void, by forced appearance under threat and duress, cohesion, Kidnapped, by agents of a foreign principal, I was threatened that if I did not sign their documents they would continue to hold me in jail, deprive me me of life and liberty in the pursuit of happiness However I will honour the conditions of release in good faith until the issues are resolved.

11) I :Fred-Francis: of the Nomen Clan:Frink declare. Modified names *(titles) are* used by the U.S. Government and de facto STATES to diminish your *"status"* of citizenship and rights as *"Nationals"* in courts of law. <u>Human beings are living souls</u> and <u>Private Citizens</u> in contrast to U.S. created *14th Amendment created "public citizens" (Emancipated Slaves)*.

12) The U.S. *"citizen"* is an inferior <u>U.S. Congressional created</u> entity, <u>without birth rights. Citizenship *"status"* is determined by the modification of the name (title) of the citizen.</u>

13) CITIZENSHIP IS VOLUNTARY! *Black's Law Dictionary, 2nd Edition* clarifies the significance of the properly spelled birth name of a <u>living soul and natural person</u> versus the <u>fiction / lesser</u> 14th Amendment U.S. *"citizen"* of the de facto STATE. Black's definitions follow:

14) "Capitis Diminutio. In Roman law. A diminishing or abridgment of personality. This was a loss or curtailment of a man's *status* or aggregate or legal attributes and qualifications, following upon certain changes in his civil condition. It was of there kinds, enumerated as follows:" *(Example: the use of capitalization of title or name)*.

15) "Capitis diminutio maxima. The highest or most comprehensive loss of status. This occurred when a man's condition was changed from one of freedom to one of *bondage, when he became a slave. It swept away with it all rights of citizenship and all family rights."* (Example: FRED F. FRINK).

16) "Capitis diminutio media. *A lesser or medium loss of status. This occurred* when a man lost his rights of citizenship, but without losing his liberty. It carried away also the family rights." (Example: Fred F. FRINK)

17) "Capitis diminutio Minima. The lowest or least comprehensive degree of Loss of *status*. This occurred where a man's family relations alone were changed. It happened upon the arrogation of a person who had been his own master, *(sui juris,)* or upon the emancipation of one who had been under the *patria potestas*. It left the rights of liberty and citizenship unaltered. See Inst. 1, 16, pr.: 1, 2, 3; Dig. 4, 5, 11; Mackeld. Rom. Law, *§ 144."* (Example: Fred Frink)

18) I :Fred-Francis: of the Nomen Clan:Frink declare the <u>citizenship *"status"* conversions</u> utilized to create a U.S. *"citizen"* or <u>capture</u> a *"citizen"* by the de facto STATES and IRS and Federal Government are "Capitis diminutio maxima" and "Capitis diminutio media". <u>Both are lawfully documented as maliciously, unlawfully and fraudulently exercised by the UNITED STATES DISTRICT COURT WESTERN DISTRICT OF</u>

<u>WASHINGTON AT SEATTLE and lesser STATE courts to deny American Nationals, et al their birth rights.</u>

19) :Fred-Francis: by Declaration Sayeth Naught . Date October 8 2012.

_____ (Lawful seal)
:Fred-Francis:/ of the Republic union state of Pennsylvania
American National Nativity Right.

_____ (Lawful seal)
:Mark-Edward:, of the Republic Union State of Illinois
American National Nativity Right. Minister of
Justice 1789 Judiciary Act private sector.
(Witness)

King James Bible
Second Corinthians 13:1 This is the third time I am coming to you. In the mouth of two or three witnesses shall every word be established

### NOTARY PUBLIC'S JURAT

BEFORE ME, a Notary Public, in and for said State of Washington, the above named natural person did appear and is personally known by me, and who, upon first being duly sworn and/or affirmed, deposes and says that the foregoing asseveration is true to the best of their knowledge and belief. affirmed before me and signed in my presence this day of October 8th 2012.

WITNESS my hand and official seal.
/s/ _____
Notary Public
My Commission Expires On: 10/20/15

    JILL E. LANE
    Notary Public
    State of Washington    SEAL
    My Commission Expires
    October 20, 2015

The use of a Notary Witness for attestation purposes does not convey jurisdiction to any foreign fictional entity, or change my character or standing in Law.

[Note: The above Notary Public is not an Attorney licensed to practice law in the State of Washington and has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced documents, and has no interest in an issue referenced therein. The above Notary Public is NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communications between parties.]

King James Bible
Second Corinthians 13:1 This is the third time I am coming to you. In the mouth of two or three witnesses shall every word be established

## DECLARATION UNDER PENALTY OF PERJURY

We, declare under the penalties of perjury that all in this Mandatory Judicial Notice of Diversity of Citizenship/FRED F. FRINK Defendant in Error a pseudonym name and foreign citizenship. Memorandum incorporated within is true correct and complete in the foregoing to the best of my knowledge and belief

_____(Lawful seal)
Fred-Francis: of the Republic union state of Pennsylvania
American National Nativity Right.

_____(Lawful seal)
:Mark-Edward:, of the Republic Union State of Illinois
American National Nativity Right. Minister of
Justice 1789 Judiciary Act private sector.
(Witness)



Title 4 § 1 Positive Law
Flag of the Republic.

:Fred-Francis: of the Nomen Clan
Frink a Private Citizen of
the union State Pennsylvania by
Nativity Name,Claim and Right a
American National Under Almighty God
and a Sovereign under the common law
of the Commonwealth of Pennsylvania.
Po Box 98 Bellevue Washington
USPO Exempt [CF98009CF].
425-558-4838.
Forced Appearance by threat, duress,
cohesion, by agents of a foreign principal.
Not Pro Se,      Sur Juris

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Foreign Corporation not a real party interest.<br><br>**Plaintiff in Error.**<br>vs.<br><br>FRED F. FRINK<br>a, pseudonym name and foreign citizenship.<br><br>**Defendant in Error.** | Admiralty NO. CR12-0026RSL<br><br>**JUDICIAL NOTICE**<br>Mandatory Judicial Notice of<br>Diversity of Citizenship<br>By Declaration.<br><br>FRED F. FRINK Defendant in Error<br>A pseudonym name and foreign citizenship.<br>Memorandum incorporated within<br><br>Exhibit B proof publication, public notice of claim<br>to nativity name and nativity right of nativity union<br>state of Pennsylvania.<br><br>Certificate of Service<br>DEPARTMENT OF JUSTICE<br>Jenny A. Durkan and Andrew C. Friedman,<br>Thomas Woods Assistant United States Attorney<br>700 Stewart Street, Suite 5220 Seattle WA 98101 |

### CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that a true and correct, complete of the foregoing, was duly served by hand by :Fred-Francis: To; Deputy clerk of the UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE and party's listed above by US MAIL.

DATED: Redmond,Washington 10/ 09/2012 _____ (Lawful seal)
:Fred-Francis: of the Republic union state of Pennsylvania
American National Nativity Right.

No._____ Term,_____

## Proof of Publication of Notice in Pittsburgh Post-Gazette
Under Act No 587, Approved May 16, 1929, PL 1784, as last amended by Act No 409 of September 29, 1951

Commonwealth of Pennsylvania, County of Allegheny, ss __C. Mohamed_____, being duly sworn, deposes and says that the Pittsburgh Post-Gazette, a newspaper of general circulation published in the City of Pittsburgh, County and Commonwealth aforesaid, was established in 1993 by the merging of the Pittsburgh Post-Gazette and Sun-Telegraph and The Pittsburgh Press and the Pittsburgh Post-Gazette and Sun-Telegraph was established in 1960 and the Pittsburgh Post-Gazette was established in 1927 by the merging of the Pittsburgh Gazette established in 1786 and the Pittsburgh Post, established in 1842, since which date the said Pittsburgh Post-Gazette has been regularly issued in said County and that a copy of said printed notice or publication is attached hereto exactly as the same was printed and published in the _____regular_____ editions and issues of the said Pittsburgh Post-Gazette a newspaper of general circulation on the following dates, viz:

**24, 26, 28 of September, 2012**

Affiant further deposes that he/she is an agent for the PG Publishing Company, a corporation and publisher of the Pittsburgh Post-Gazette, that, as such agent, affiant is duly authorized to verify the foregoing statement under oath, that affiant is not interested in the subject matter of the afore said notice or publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

**COPY OF NOTICE OR PUBLICATION**

_C Mohamed_
PG Publishing Company
Sworn to and subscribed before me this day of:
September 28, 2012

_Linda M. Gaertner_
COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Linda M. Gaertner, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires Jan. 31, 2015
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

# EVIDENCE

**STATEMENT OF ADVERTISING COSTS**
Frink, Fred F
16030 NE 51st St.
Redmond, WA 98052-5240

To PG Publishing Company

Total ————————————— $508.15

## Publisher's Receipt for Advertising Costs
PG PUBLISHING COMPANY, publisher of the Pittsburgh Post-Gazette, a newspaper of general circulation, hereby acknowledges receipt of the aforsaid advertising and publication costs and certifies that the same have been fully paid.

Office
34 Boulevard of the Allies
PITTSBURGH, PA 15222
Phone 412-263-1338

PG Publishing Company, a Corporation, Publisher of
Pittsburgh Post-Gazette, a Newspaper of General Circulation
By _Maria Luca_

I hereby certify that the foregoing is the original Proof of Publication and receipt for the Advertising costs in the subject matter of said notice.

**EXHIBIT A**

_____
Attorney For