UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRED FRINK<br><br>    Defendant. | Case No.  CR12-262RSL<br><br>ORDER DENYING MOTION FOR ORDER TO SHOW CAUSE |

This matter comes before the Court on Defendant's "Motion for an Order to Show Cause" (Dkt. # 49).  Having considered the facts set forth in the motion, the documents filed in support, and the remainder of the record, the Court finds that it lacks authority to issue an order against individuals who are not parties to a suit pending before it.  See Zenith Radio Corp. V. Hazeltine Research, Inc., 395 U.S. 100 (1969).  The Court, therefore, denies Defendant's motion (Dkt. #49).

DATED this 3rd day of December, 2012.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR ORDER TO SHOW CAUSE- 1