Magistrate Judge James P. Donohue

FILED ___ ENTERED
LODGED ___ RECEIVED

MAR 13 2013

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR12-262RSL |
|---|---|
| Plaintiff, | |
| v. | REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY |
| FRED F. FRINK | |
| Defendant. | |

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered a plea of guilty to Count One of the Indictment. After examining the defendant under oath, I determined that the guilty plea was knowingly, intelligently, and voluntarily made, and that the offense charged is supported by an independent

///
///
///

12-CR-00262-LTR

REPORT AND RECOMMENDATION
CR12-262RSL / FRINK - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  basis in fact containing each of the essential elements of such offense. I therefore ordered a
2  presentence report. Subject to the Court's consideration of the Plea Agreement pursuant to
3  Fed. R. Crim. P. 11(c)(1)(B), I recommend that the defendant be adjudged guilty and have
4  sentence imposed.

6  DATED this 13th day of March, 2013.

*/s/ James P. Donohue*
JAMES P. DONOHUE
UNITED STATES MAGISTRATE JUDGE

**NOTICE**
Objections to this Report and Recommendation are waived unless filed and served within fourteen (14) days. 28 U.S.C. § 636(b)(1)(B).

REPORT AND RECOMMENDATION
CR12-262RSL / FRINK - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970