1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                              Plaintiff(s),

                vs.

FRED FRINK,

                              Defendant(s).

No. CR12-262RSL

MINUTE ORDER

The following Minute Order is made and entered on the docket at the direction of the

HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

The sentencing hearing for the above named defendant has been rescheduled from Friday, June 7,

2013 to **Wednesday, June 26, 2013 at 8:30 a.m.** in courtroom 15106 before the Honorable Robert S.

Lasnik, United States District Court Judge.

DATED this 28th day of May, 2013.

s/Kerry Simonds_____
by Kerry Simonds, Deputy Clerk
To Robert S. Lasnik, Judge
206-370-8519

Copy to the Court
and Counsel

MINUTE ORDER