1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

10   UNITED STATES of AMERICA,                    CASE NO. CR12-262  RSL

11                      Plaintiff,
                                                    NOTICE OF INTENT
12          v.                                    TO FORWARD PASSPORT

13   FRED F. FRINK,

14                      Defendant.

15

16      The United States passport of the above named defendant was ordered surrendered to the

17  Court pursuant to a special condition of the appearance bond, and posted with the Clerk on

18  September 18, 2012.  Judgment was entered in this matter on June 26, 2013, (dkt # 75).

19      Absence any objections, the Clerk will forward --without additional notice-- the

20  defendant's passport to the Department of State thirty (30) days from the date of the filing of this

21  notice.  Objections to the return of the passport to the Department of State should be directed to

22  the Court in the form of a motion, and should include the alternative action requested as well as a

23  proposed order.

24

- 1

1

2          Dated this 2nd day of August, 2013

3

4          /s/   WILLIAM M. McCOOL
           William M. McCool
            District Court Executive/Clerk of Court
5

           /s/ PETER H. VOELKER
6          by Peter H. Voelker
                Deputy Clerk
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

TO FORWARD PASSPORT- 2